# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 30, 2006

Clifford W. Taylor,
Chief Justice

131268
& (19)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

GREGORY G. SINICROPI,
        Plaintiff-Appellee,

v

      SC: 131268
      COA: 268000
      Jackson CC: 05-002154-DP

HOLLY V. MAZUREK,
        Defendant-Appellant,

and

MARTIN POWERS,
        Intervening Defendant-Appellee-
        Cross-Appellant.
_____/

     On order of the Court, the application for leave to appeal the February 16, 2006 order of the Court of Appeals and the application for leave to appeal as cross-appellant are considered, and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we VACATE the February 16, 2006 order of the Court of Appeals and the April 16, 2006 order denying reconsideration, and we REMAND this case to the Court of Appeals for plenary consideration. The trial court's October 10, 2005 order was a postjudgment order affecting the custody of a minor because it was entered after the April 2001 stipulation and order regarding custody in the consolidated case. Thus, it was a final order appealable as of right under MCR 7.203(A) and MCR 7.202(6)(a)(iii).

     We do not retain jurisdiction.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 30, 2006

_____
Clerk

l0627